IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
JAMAR L. TRAVILLION,            )
                                )
     Plaintiff,                 )
                                )
     v.                         )   Civil Action No. 04-911
                                )   Judge Cercone
ARAMARK CORPORATION,            )   Magistrate Judge Caiazza
                                )   In Re: Doc. 22
     Defendant.                 )
```

### ORDER

The Plaintiff's Motion for Enlargement of Time/for Stay is GRANTED. The Plaintiff shall be allowed until **September 29, 2005**, to respond to the Defendant's Motion to Dismiss/for Summary Judgment.


August 10, 2005          s/Francis X. Caiazza
                         Francis X. Caiazza
                         U.S. Magistrate Judge


cc:
Jamar L. Travillion, 78951
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219

Joseph F. Butcher, Esq.
Zimmer Kunz
600 Grant Street
3300 USX Tower
Pittsburgh, PA 15219

```
Jamar L. Travillion, 78951
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219
```