IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMAR L. TRAVILLION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-911 |
| ) | Judge Cercone |
| ARAMARK CORPORATION, ) | Magistrate Judge Caiazza |
| ) | In Re: Doc. 29 |
| Defendant. ) | |

## ORDER

The Plaintiff's Third Motion for Enlargement of Time is GRANTED. The Plaintiff shall be allowed until **December 1, 2005**, to respond to the Defendant's Motion to Dismiss/for Summary Judgment. The Motion for Denial of Motion to Dismiss/Summary Judgment is DENIED, pending the Plaintiff's response to the Motion.

November 1, 2005         s/Francis X. Caiazza
                         Francis X. Caiazza
                         U.S. Magistrate Judge

cc:
Jamar L. Travillion, 78951
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219

Joseph F. Butcher, Esq.
Zimmer Kunz
600 Grant Street
3300 USX Tower
Pittsburgh, PA 15219