IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMAR L. TRAVILLION, ) | |
| ) | |
| Plaintiff, ) | 2:04cv911 |
| ) | Electronic Filing |
| v. ) | |
| ) | |
| ARAMARK CORPORATION ) | Judge David Stewart Cercone |
| ) | Magistrate Judge Francis X. Caiazza |
| Defendant. ) | |

## MEMORANDUM ORDER

The Plaintiff's complaint was received by the Clerk of Court on June 16, 2004, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's Report and Recommendation, filed on January 31, 2006, (Document No. 41) recommended that the Motion for Summary Judgment filed by the Defendant Aramark Correctional Services, Inc. (erroneously referred to as "Aramark Corporation" in the Complaint) (Document No. 25) be granted. It was also recommended that the Plaintiff's motion to amend the caption to reflect the proper name of the corporate Defendant (Document No. 40) likewise be granted.

Service was made on the Plaintiff by First Class United States Mail delivered to the Allegheny County Jail, Pittsburgh, Pennsylvania, were he is incarcerated and on the Defendant. Objections were filed by the Plaintiff on February 10, 2006. After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this 23rd day of February, 2006,

IT IS ORDERED that the Plaintiff's motion to amend the caption to reflect the proper name of the corporate Defendant is GRANTED.

IT IS FURTHER ORDERED the Motion for Summary Judgment filed by the Defendant Aramark Correctional Services, Inc. (erroneously referred to as "Aramark Corporation" in the Complaint) is GRANTED.

The Report and Recommendation of Magistrate Judge Caiazza dated January 31, 2006, is adopted as the opinion of the court.

*David Stewart Cercone*
David Stewart Cercone
United States District Judge

cc: Honorable Francis X. Caiazza
United States Magistrate Judge

Jamar L. Travillion
Inmate #78951
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219

Joseph F. Butcher, Esquire
Zimmer Kunz
600 Grant Street
3300 USX Tower
Pittsburgh, PA 15219